# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

SHOSHANA ELMORE, individually and )
as next friend of B.B., minor child, )
                                               )
            Plaintiffs, )
                                               )
v.                                            )        Case No. 18-CV-563-CVE-FHM
                                               )
TIMOTHY ROBERTS, an individual, )
                                               )
            Defendant. )

## OPINION AND ORDER

The *Joint Motion to Continue Deposition Designations/Videotapes/Interrogatory Designations*, [Dkt. 29], is GRANTED. The Scheduling Order, [Dkt. 10], dates for 11a, b, d, and e are extended as set forth below. All other Scheduling Order dates are unchanged.

| | | |
|---|---|---|
| 11a. | 7/22/19 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations)* |
| 11b. | 7/29/19 | COUNTER-DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations)* |
| 11d. | 8/5/19 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Resolve Objections Required Before Pleading Without Transcript Filed)* |
| 11e. | 8/5/19 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court)* |

SO ORDERED this 26th day of June, 2019.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

* See www.oknd.uscourts.gov under Judge Eagan for clarification regarding 11a, b, d, and e.