# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

1. SHOSHANA ELMORE,

    Plaintiff

v.

1. TIMOTHY ROBERTS

    Defendant.

Case No. 18-CV-563 CVE-FHM

## OPINION AND ORDER

Plaintiff's Motion to Distribute Settlement, [Dkt. 52], is before this Court. Plaintiff has filed a certificate of service for all parties, and Dr. Coffman does not object. No other objection has been filed. Plaintiff's claim for $1,067.93 in costs and $8,069.43 in attorney fees is granted. There are medical liens in the amount of $16,376.25. The remainder of the settlement funds to satisfy these liens is $9,862.64. The ratio between the total amount of the lien and the available settlement funds is 0.6023. The Court orders *pro rata* distribution of the settlement funds to each provider in an amount equal to the provider's lien multiplied by 0.6023. Distribution is ordered pursuant to the following schedule:

| Provider | Full Lien Amount | Pro Rata Reduction |
|---|---|---|
| Kevin McFarland | $4,711.00 | $2,837.21 |
| Huskey Chiropractic | $3,659.00 | $2,203.64 |
| Derek Coffman | $2,232.00 | $1,344.23 |
| Kenneth Trinidad | $985.00 | $593.22 |
| Tulsa Diagnostic Imaging | $3,700.00 | $2,228.33 |
| Aetna | $1,089.25 | $656.00 |

Any and all remaining liens concerning these proceeds are hereby fully waived, forfeited or extinguished for failure to appear or properly contest the distribution of settlement proceeds after proper notice.

SO ORDERED this 6th day of November, 2019.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE